# EXHIBIT G



**Christopher Morten <cjm531@nyu.edu>**

---

## Re FOIA requests from PrEP4All to DOJ — Submission ID Nos. 2489541 — Request for status update and document production or conference — April 14 requested deadline

---

**FOIA, Civil.routing** <Civil.routing.FOIA@usdoj.gov>       Fri, Apr 10, 2026 at 4:11 PM
To: Christopher Morten <cjm531@nyu.edu>

Good afternoon,

Thank you for your email.  We regret the delay in responding to your email.  A search has been conducted, and we continue to process your request.  We aim to complete your request as soon as practicable as we have a large backlog.  Please note that under the FOIA, we are required to perform consultations with any stakeholders prior to disclosing any records.

Best,

Office of Records and Information

Civil Division

United States Department of Justice

---

**From:** Christopher Morten <cjm531@nyu.edu>
**Sent:** Tuesday, March 31, 2026 1:08 PM
**To:** FOIA, Civil.routing <civfoia@CIV.USDOJ.GOV>
**Subject:** [EXTERNAL] Re FOIA requests from PrEP4All to DOJ — Submission ID Nos. 2489541 — Request for status update and document production or conference — April 14 requested deadline

VIA EMAIL
Brian Flannigan, Chief, FOIA and Privacy Office, Civil Division
Department of Justice
Room 8314
1100 L Street, NW
Washington, DC 20530-0001
(202) 514-2319
Civil.routing.FOIA@usdoj.gov

March 31, 2026

Dear DOJ FOIA Office,

I write in connection with a FOIA request filed on October 31, 2025. As a courtesy, a copy of the request is attached here. The request was filed by PrEP4All, Inc. (PrEP4All), a nonprofit organization. The request requests one and only one document:

> The materials cooperative research and development agreement (M-CRADA) between NIH and CDC, on the one hand, and Gilead Sciences, Inc., on the other hand, and administered by NIAID, as is referenced in the Settlement Agreement between HHS and DOJ, on the one hand, and Gilead Sciences, Inc., on the other hand, in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).

As the request itself indicates, I am a lawyer who represents PrEP4All in connection with the request.

The request was filed on October 31, 2025. On the same day, DOJ confirmed receipt of the request and assigned Submission ID No. 2489541. As a courtesy, a copy of the receipt is attached. DOJ's receipt stated, "[y]ou'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided."

PrEP4All and I have not received any further communications from DOJ in connection with the request. DOJ has not provided any substantive update on the request. DOJ has not provided any indication of whether a search is underway or when PrEP4All and I can expect fulfillment of the request.

The Freedom of Information Act requires that agencies respond to FOIA requests within twenty days, or thirty days if under "unusual circumstances." 5 U.S.C. §§552(a)(6)(B)(i), (c)(i). Here, the request was received by DOJ on October 31, 2025. By law, therefore, DOJ should have responded to the request by December 17, 2025 at the latest (30 business days from October 31, 2025). Instead, DOJ has not provided the document sought by the request, nor has it even provided any schedule for document production or explanation for its long delay.

It is now March 31, 2026, which is 97 business days after the requests were filed and 67 business days past the latest possible deadline by which DOJ should have responded to the request. In that time, PrEP4All could have filed suit. See §552(a)(6)(C)(i). Instead, cognizant of the burden that agency FOIA offices face, PrEP4All opted to wait for its request to be fulfilled.

At this point, the agency's lengthy delay has become prejudicial to PrEP4All's mission and the public interest. As such, **PrEP4All demands that DOJ produce the requested record, or offer a telephone conference to negotiate a prompt, reasonable, and mutually acceptable timetable for production, within the next 10 business days, i.e., by Tuesday, April 14, 2026.**

In the event that DOJ fails to do so, PrEP4All will have no choice but to file suit to compel the agency to respond to and fulfill its FOIA request.

Please contact me with any questions. I would be glad to speak by phone at 212 998 6433.

Nothing herein shall be deemed an admission or waiver of any rights, remedies, defenses, or positions, all of which are expressly reserved.

Best regards,


Chris


--

Christopher Morten

he/him/his

Associate Professor of Law

Director of the Science, Health & Information Clinic

New York University School of Law

Office: (212) 998-6433

Cell: (646) 531-4920

Email: cjm531@nyu.edu