# EXHIBIT I

 An official website of the United States government
Here's how you know

 **FOIA.gov**



MENU

Democrats have shut down the government. Department of Justice websites are not currently regularly updated. Please refer to the Department of Justice's contingency plan for more information.

Please note that FOIA requests that fail to submit to agencies will not be resubmitted until funding is re-established.

**Submission ID:** 2489301

# Success!

## Your FOIA request has been created and is being sent to the Centers for Disease Control and Prevention.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

Arianne Perkins, FOIA Officer

202-690-7453

FOIA Requester Service Center

202-690-7453

Paula Formoso, FOIA Public Liaison

202-690-7453

Hubert H. Humphrey Building, Room 729H
200 Independence Avenue, SW
Washington, DC 20201

FOIARequest@hhs.gov

# Request summary

Request submitted on **October 31, 2025**.

The confirmation ID for your request is **2489301**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

## Contact information

**Name**
Christopher Morten

**Mailing address**
245 Sullivan St
5th floor
New York, New York 10012
United States

**Phone number**
212 998 6433

**Company/organization**
PrEP4All, Inc.

**Email**
cjm531@nyu.edu

## Your request

The materials cooperative research and development agreement (M-CRADA) between NIH and CDC, on the one hand, and Gilead Sciences, Inc., on the other hand, and administered by NIAID, as is referenced in the Settlement Agreement between HHS and DOJ, on the one hand, and Gilead Sciences, Inc., on the other hand, in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).

## Additional information

[CDC] FOIA request for the M-CRADA referenced in the settlement agreement in US v. Gilead with Exhibit.pdf

## Fees

**What type of requester are you?**
media

**Fee waiver**
yes

**Fee waiver justification**
Please see the attached pdf, justifying a fee waiver.

**The amount of money you're willing to pay in fees, if any**
$100

---

## Request expedited processing

**Expedited processing**
yes

**Justification for expedited processing**
Please see the attached pdf, justifying expedited processing.

 **FOIA.gov**

**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬀  CC3.0

FREQUENTLY ASKED QUESTIONS

DEVELOPER RESOURCES

AGENCY API SPEC

FOIA CONTACT DOWNLOAD

FOIA DATASET DOWNLOAD

ACCESSIBILITY

PRIVACY POLICY

POLICIES & DISCLAIMERS

JUSTICE.GOV

USA.GOV ⬀