# EXHIBIT J



**Christopher Morten <cjm531@nyu.edu>**

---

## Re FOIA requests from PrEP4All to HHS & CDC — Submission ID Nos. 2489236 & 2489301 — Request for status update and document production or conference — April 14 requested deadline

---

**Christopher Morten** <cjm531@nyu.edu>                     Thu, Apr 9, 2026 at 3:59 PM
To: FOIARequest@hhs.gov

Dear CDC and HHS FOIA Offices,

I write again to follow up on the email thread below, on behalf of my client PrEP4All.

Please respond to my inquiries below at your earliest convenience. As noted in the thread below, PrEP4All seeks the requested record, or a mutually acceptable timetable for production of the record, by Tuesday, April 14, 2026.

If we do not hear from you, we will assume that we have no choice but to proceed to litigation.

Best regards,

Chris

On Mon, Apr 6, 2026 at 2:22 PM Christopher Morten <cjm531@nyu.edu> wrote:
> Dear CDC and HHS FOIA Offices,
>
> I write to follow up on the email thread below.
>
> On April 1, 2026, I received the attached letter from NIH. NIH's April 1 letter refers to a FOIA request filed by PrEP4All on October 31, 2025. The request filed with NIH on October 31 was substantively identical to the requests PrEP4All filed on the same day with CDC and HHS, which are referenced below; all three requests seek the following one and only one document:
>
>> The materials cooperative research and development agreement (M-CRADA) between NIH and CDC, on the one hand, and Gilead Sciences, Inc., on the other hand, and administered by NIAID, as is referenced in the Settlement Agreement between HHS and DOJ, on the one hand, and Gilead Sciences, Inc., on the other hand, in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).
>
> NIH's April 1 letter indicates that HHS is in possession of this document: "[T]his record was referred to the HHS FOIA Office for final review. Therefore, the NIH does not have authority over these materials and your request, and all responsive records have been referred to the HHS FOIA Office for direct response to you."
>
> Please confirm that HHS is in possession of this document, and please confirm the timetable on which HHS will produce the document.
>
> I reiterate what I wrote in my previous email: At this point, the agencies' lengthy delay has become prejudicial to PrEP4All's mission and the public interest. As such, **PrEP4All demands that HHS and CDC produce the requested record, or offer a telephone conference to negotiate a prompt, reasonable, and mutually acceptable timetable for production by Tuesday, April 14, 2026.**
>
> In the event that HHS and CDC fail to do so, PrEP4All will have no choice but to file suit to compel the agencies to respond to and fulfill its FOIA requests.
>
> Please contact me with any questions. I would be glad to speak by phone at 212 998 6433.
>
> As before, nothing herein shall be deemed an admission or waiver of any rights, remedies, defenses, or positions,

all of which are expressly reserved.

Best regards,

Chris


On Tue, Mar 31, 2026 at 12:49 PM Christopher Morten <cjm531@nyu.edu> wrote:

VIA EMAIL
Arianne Perkins, FOIA Officer
Department of Health & Human Services, Office of the Secretary
Freedom of Information and Privacy Acts Division
200 Independence Avenue, SW
Suite 729H
Washington, DC 20201
(202) 690-7453
FOIARequest@hhs.gov

March 31, 2026


Dear CDC and HHS FOIA Offices,

I write in connection with two FOIA requests filed on October 31, 2025. As a courtesy, a copy of each request is attached here. The requests were filed by PrEP4All, Inc. (PrEP4All), a nonprofit organization. Each request requests one and only one document:

> The materials cooperative research and development agreement (M-CRADA) between NIH and CDC, on the one hand, and Gilead Sciences, Inc., on the other hand, and administered by NIAID, as is referenced in the Settlement Agreement between HHS and DOJ, on the one hand, and Gilead Sciences, Inc., on the other hand, in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).

As the requests themselves indicate, I am a lawyer who represents PrEP4All in connection with the requests.

The request to HHS was filed on October 31, 2025. On the same day, HHS confirmed receipt of the request and assigned Submission ID No. 2489236. As a courtesy, a copy of the receipt is attached. HHS's receipt stated, "[y]ou'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided."

The request to CDC was likewise filed on October 31, 2025. On the same day, CDC confirmed receipt of the request and assigned Submission ID No. 2489301. As a courtesy, a copy of the receipt is attached. CDC's receipt likewise stated, "[y]ou'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided."

PrEP4All and I have not received any further communications from HHS or CDC in connection with the requests. Neither HHS nor CDC has not provided any substantive update on the requests. HHS and CDC have not provided any indication of whether a search is underway or when PrEP4All and I can expect fulfillment of either request.

The Freedom of Information Act requires that agencies respond to FOIA requests within twenty days, or thirty days if under "unusual circumstances." 5 U.S.C. §§552(a)(6)(B)(i), (c)(i). Here, the relevant requests were received by HHS and CDC on October 31, 2025. By law, therefore, HHS and CDC should have responded to each request by December 17, 2025 at the latest (30 business days from October 31, 2025). Instead, HHS and CDC have still not provided any documents responsive to the request, nor have they even provided any schedule for document production or explanation for their long delay.

It is now March 31, 2026, which is 97 business days after the requests were filed and 67 business days past the

latest possible deadline by which HHS and CDC should have responded to the requests. In that time, PrEP4All could have filed suit. See §552(a)(6)(C)(i). Instead, cognizant of the burden that agency FOIA offices face, PrEP4All opted to wait for its request to be fulfilled.

At this point, the agencies' lengthy delay has become prejudicial to PrEP4All's mission and the public interest. As such, **PrEP4All demands that HHS and CDC produce the requested record, or offer a telephone conference to negotiate a prompt, reasonable, and mutually acceptable timetable for production, within the next 10 business days, i.e., by Tuesday, April 14, 2026.**

In the event that HHS and CDC fail to do so, PrEP4All will have no choice but to file suit to compel the agencies to respond to and fulfill its FOIA requests.

Please contact me with any questions. I would be glad to speak by phone at 212 998 6433.

Nothing herein shall be deemed an admission or waiver of any rights, remedies, defenses, or positions, all of which are expressly reserved.

Best regards,

Chris

--
Christopher Morten
he/him/his
Associate Professor of Law
Director of the Science, Health & Information Clinic
New York University School of Law
Office: (212) 998-6433
Cell: (646) 531-4920
Email: cjm531@nyu.edu