# EXHIBIT L



**Christopher Morten <cjm531@nyu.edu>**

## Submission Acknowledgement by National Institutes of Health
1 message

**noreply@ains.com** <noreply@ains.com>                                    Fri, Oct 31, 2025 at 2:28 PM
To: cjm531@nyu.edu

Dear Christopher Morten,

This is an automated message from the NIH FOIA Request Portal.

Your submission has been received by the National Institutes of Health.  NIH will review your request and contact you regarding next steps.

Regards,

National Institutes of Health, FOIA Program