# EXHIBIT M

Case 1:26-cv-03499    Document 1-13    Filed 04/28/26    Page 2 of 2



**Christopher Morten <cjm531@nyu.edu>**

## Status Update for Request #64790
1 message

**noreply@ains.com** <noreply@ains.com>            Fri, Oct 31, 2025 at 2:28 PM
To: cjm531@nyu.edu

Dear Christopher Morten,

The status of your FOIA request #64790 has been updated to the following status 'Received'. To log into the NIH FOIA Public Portal click on the Application URL below.

https://foiaportal.nih.gov

Sincerely,

National Institutes of Health