FOIA Summons IH form 4
4/17

## UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

PrEP4All, Inc.

_____
Plaintiff

v.
U.S. Department of Health & Human Services; U.S. Department of
Justice; U.S. Centers for Disease Control & Prevention; U.S. National
Institutes of Health
_____
Defendant

)
)
)
)
)
)
)
)

Civil Action No. __1:26-cv-03499__

## SUMMONS IN A CIVIL ACTION

To:     (Defendant's name and address)
U.S. National Institutes of Health
NIH FOIA Office, Building 31, Room
5B35
31 Center Drive, MSC 2107
Bethesda, MD 20892-2107

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher J. Morten
Washington Square Legal Services, Inc.
NYU School of Law
245 Sullivan St, 5th Floor
New York, NY 10012

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**CLERK OF COURT**

Date:    04/29/2026
_____

_Tammi M. Hellwig_

/S/ V. BRAHIMI
_____
Signature of Clerk or Deputy Clerk

FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

> ⹁ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

> ⹁ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ⹁ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

> ⹁ I returned the summons unexecuted because _____ ; or

> ⹁ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: