# EXHIBIT N



**Christopher Morten <cjm531@nyu.edu>**

## FW: [EXTERNAL] NIH FOIA - Assignment Notification from NIH FOIA Public Portal-Tracking # 64790

**NHLBI FOIA REQUEST (NIH/NHLBI)** <nhlbifoiarequest@nhlbi.nih.gov>          Thu, Nov 13, 2025 at 12:20 PM
To: "cjm531@nyu.edu" <cjm531@nyu.edu>

Good afternoon,


Please be advised that we have sent your case for adjudication of the expedited processing request to the main NIH FOIA Office. You will be hearing from them regarding this decision. It is waiting in a queue of multiple requests for expedited processing, as you can imagine. For more information about the grounds for which expedited processing is determined, please review the HHS FOIA Regulations, https://www.federalregister.gov/documents/2016/10/28/2016-25684/freedom-of-information-regulations. If you decide you do not wish to pursue this request for expedited processing based on reviewing the regulations, let us know, and we will begin processing your request in the NHLBI FOIA Service Center as received.


Thank you,

NLHBI FOIA Service Center

---

**From:** noreply@ains.com <noreply@ains.com>
**Sent:** Friday, October 31, 2025 2:29 PM
**To:** NHLBI FOIA REQUEST (NIH/NHLBI) <nhlbifoiarequest@nhlbi.nih.gov>
**Subject:** [EXTERNAL] NIH FOIA - Assignment Notification from NIH FOIA Public Portal-Tracking # 64790


*Hi FOIA Team!*


*Request # 64790 was submitted through the NIH FOIA Public Portal and assigned to you for review and further processing.*


*Please review the request and if all required details have not been provided by the requester, be sure to use the "Stop Clock" option to ensure processing time for the request is accurately monitored while waiting for clarification/information from the requester.*

*Request Description:*

*The materials cooperative research and development agreement (M-CRADA) between NIH and CDC, on the one hand, and Gilead Sciences, Inc., on the other hand, and administered by NIAID, as is referenced in the Settlement Agreement between HHS and DOJ, on the one hand, and Gilead Sciences, Inc., on the other hand, in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).*

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.

---