# EXHIBIT O



**Christopher Morten <cjm531@nyu.edu>**

---

# NIH FOIA Request #64790 — Request for status update and document production or conference — April 10 requested deadline

**Christopher Morten** <cjm531@nyu.edu>                    Tue, Mar 31, 2026 at 12:29 PM
To: nhlbifoiarequest@nhlbi.nih.gov, nihfoia@od.nih.gov

VIA EMAIL
Marianne Manheim, Freedom of Information Office Coordinator
National Institutes of Health
National Institute of Allergy and Infectious Diseases
Freedom of Information Act Office
6705 Rockledge Drive
Room 6054
Bethesda, MD 20817
(301) 496-9737
nhlbifoiarequest@nhlbi.nih.gov
nihfoia@od.nih.gov

March 31, 2026

Dear NIH FOIA Office,

I write in connection with the FOIA request assigned tracking no. 64790. As a courtesy, a copy of the request is attached here. The request was filed by PrEP4All, Inc. (PrEP4All), a nonprofit organization. The request requests one and only one document:

> The materials cooperative research and development agreement (M-CRADA) between NIH and CDC, on the one hand, and Gilead Sciences, Inc., on the other hand, and administered by NIAID, as is referenced in the Settlement Agreement between HHS and DOJ, on the one hand, and Gilead Sciences, Inc., on the other hand, in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).

As the request itself indicates, I am a lawyer who represents PrEP4All in connection with this request.

The request was filed on October 31, 2025. On the same day, NIH confirmed receipt of the request and assigned tracking no. 64790. On November 13, 2025, I received an email stating that NIH had "sent your case for adjudication of the expedited processing request to
the main NIH FOIA Office. You will be hearing from them regarding this decision."

PrEP4All and I have not received any further communications from NIH in connection with the request. I can see, via the NIH FOIA portal, that the status of "Expedite Processing Request" is "Denied." NIH has not provided any substantive update on the request. NIH has not provided any indication of whether a search is underway or when PrEP4All and I can expect fulfillment of the request.

The Freedom of Information Act requires that agencies respond to FOIA requests within
twenty days, or thirty days if under "unusual circumstances." 5 U.S.C. §§552(a)(6)(B)(i), (c)(i). Here, the relevant request was received by NIH on October 31, 2025. By law, therefore, NIH should have responded to the request by December 17, 2025 at the latest (30 business days from October 31, 2025). Instead, NIH has still not provided any documents responsive to the request, nor has it even provided any schedule for document production or explanation for its long delay.

It is now March 31, 2026, which is 97 business days after the Request was filed and 67 business days past the latest possible deadline by which NIH should have responded to the Request. In that time, PrEP4All could have filed suit. See §552(a)(6)(C)(i). Instead, cognizant of the burden that agency FOIA offices face, PrEP4All opted to wait for its

Case 1:26-cv-03499-VEC    Document 13-15    Filed 04/29/26    Page 3 of 3

request to be fulfilled.

At this point, the agency's lengthy delay has become prejudicial to PrEP4All's mission and the public interest. As such, **PrEP4All demands that NIH produce the requested record, or offer a telephone conference to negotiate a prompt, reasonable, and mutually acceptable timetable for production, within the next 10 business days, i.e., by Tuesday, April 14, 2026.**

In the event that NIH fails to do so, PrEP4All will have no choice but to file suit to compel the agency to respond to and fulfill its FOIA request.

Please contact me with any questions. I would be glad to speak by phone at 212 998 6433.

Nothing herein shall be deemed an admission or waiver of any rights, remedies, defenses, or positions, all of which are expressly reserved.

Best regards,

Chris

--
Christopher Morten
he/him/his
Associate Professor of Law
Director of the Science, Health & Information Clinic
New York University School of Law
Office: (212) 998-6433
Cell: (646) 531-4920
Email: cjm531@nyu.edu

---

**20251031.1 [NIH] FOIA request for the M-CRADA mentioned in the settlement agreement in US v. Gilead with Exhibit.pdf**
2201K