# EXHIBIT P

                                    **Christopher Morten <cjm531@nyu.edu>**

## Referral Notification - FOIA Case 64790 - Final

**Torres Ortiz, Coralie (NIH/OD) [E]** <cora.torres@nih.gov>          Wed, Apr 1, 2026 at 4:15 PM
To: "cjm531@nyu.edu" <cjm531@nyu.edu>
Cc: "OS FOIA Request (HHS/ASPA)" <foiarequest@hhs.gov>, NIH FOIA <nihfoia@od.nih.gov>

Dear Mr. Morten,


Please see attached the referral notification and final notice for Case No. 64790.



Best Regards,

**Coralie Torres**

**Government Information Specialist**

Freedom of Information Act Office I  Office of the Director

National Institutes of Health

Building 1, Room 344

(301) 496 - 5633

Email: cora.torres@nih.gov

---

📄 **64790 Morten -  Referral Notification Letter - HHS FOIA.pdf**
   215K



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

National Institutes of Health
Freedom of Information Office
Building 45, Suite 3AN36
45 Center Drive, MSC 6200
Bethesda, Maryland 20892-6200
phone: (301) 496-5633
fax: (301) 402-4541

Via Email: cjm531@nyu.edu

April 1, 2026

Christopher Morten, on behalf of client Jeremiah Johnson
Washington Square Legal Services Inc. (NYU Law)
245 Sullivan St
New York, NY 10012

Re: FOIA Case No. 64790

Dear Mr. Morten:

This responds to your October 31, 2025, Freedom of Information Act (FOIA) request addressed to the FOIA Office, National Institutes of Health (NIH) FOIA Office and received on the same day.  You requested a copy of the materials cooperative research and development agreement (M-CRADA) between NIH and CDC, on the one hand, and Gilead Sciences, Inc., on the other hand, and administered by NIAID, as is referenced in the Settlement Agreement between HHS and DOJ, on the one hand, and Gilead Sciences, Inc., on the other hand, in the United States v. Gilead cases (United States v. Gilead Sciences, Inc., No. 1:19-cv-2103 (D. Del. Nov. 6, 2019) and Gilead Sciences, Inc. v. United States, No. 1:20-cv-00499 (Fed. Cl. Apr. 24, 2020)).

Please be advised that this record was referred to the HHS FOIA Office for final review.

Therefore, the NIH does not have authority over these materials and your request, and all responsive records have been referred to the HHS FOIA Office for direct response to you. Should you wish to contact that office, please direct your inquiry to the following email address foiarequest@hhs.gov   Your NIH FOIA request has subsequently been closed.

If you are not satisfied with the processing and handling of this request, you may contact the OD FOIA Public Liaison and/or the Office of Government Information Services (OGIS):

NIH FOIA Public Liaison
Denean Standing-Ojo
Public Affairs Specialist
Office of Communications and Public Liaison
Building 1, Room 344
1 Center Drive, MSC 0188
Bethesda, Maryland 20892-0188
301-496-5077 (phone)
301-496-0818 (fax)
nihfoia@od.nih.gov (email)

OGIS
National Archives and Records Admin
8601 Adelphi Rd - OGIS
College Park, MD 20740-6001
202-741-5770 (phone)
1-877-684-6448 (toll-free)
202-741-5769 (fax)
ogis@nara.gov (email)

Page 2 – Morten 64790

In certain circumstances provisions of the FOIA and HHS FOIA Regulations allow us to recover part of the cost of responding to your request.  Because the cost is below the $25 minimum, there is no charge associated with our response.

Sincerely,

Coralie Torres
FOIA Office, NIH

cc: HHS FOIA Office