Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

➢ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

➢ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

➢ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

➢ I returned the summons unexecuted because _____ ; or

➢ Other *(specify):*

I served the U.S. Centers for Disease Control & Prevention by serving the United States (see below) and by mailing a copy of the summons, the complaint, the complaint's exhibits, and the Court's April 30, 2026 order for initial pretrial conference to CDC on May 4, 2026, via certified mail. Please see attached USPS receipts and delivery confirmation, showing delivery addresses.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Susan Hodges, Clinic Administrator, Washington Square Legal Services, Inc.
_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

05/04/2026                          01:59 PM

TRACKING NUMBERS
9589 0710 5270 3562 1704 85
9589 0710 5270 3562 1704 61

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $13.45 |
| Washington, DC 20530 | | | |
| Weight: 1 lb 4.80 oz | | | |
| Expected Delivery Date | | | |
| Wed 05/06/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3562 1704 85 | | | |
| Total | | | $18.75 |
| | | | |
| Priority Mail® | 1 | | $13.45 |
| Washington, DC 20201 | | | |
| Weight: 1 lb 4.90 oz | | | |
| Expected Delivery Date | | | |
| Wed 05/06/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3562 1704 61 | | | |
| Total | | | $18.75 |

Grand Total:                        $37.50

Credit Card Remit                   $37.50
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX8301
    Approval #: 87336Z
    Transaction #: 242
    AID: A0000000041010          Chip
    AL: MASTERCARD
    PIN: Not Required       MASTERCARD

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee  $5.30 | 0052 |
| $                      $0.00 | 1 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy)        $ $0.00 | |
| ☐ Return Receipt (electronic)      $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery  $ $0.00 | Here |
| ☐ Adult Signature Required         $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage  $13.45 | |
| $ | 05/04/2026 |
| Total Postage and Fees | |
| $18.75 | |

Sent To _U.S. Attorney General_
Street and Apt. No., or PO Box No. _950 Pennsylvania Ave. NW_
City, State, ZIP+4® _Washington, DC 20530-0001_

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20201

| | |
|---|---|
| Certified Mail Fee  $5.30 | 0052 |
| $                      $0.00 | 1 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy)        $ $0.00 | |
| ☐ Return Receipt (electronic)      $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery  $ $0.00 | Here |
| ☐ Adult Signature Required         $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | |
| Postage  $13.45 | |
| $ | 05/04/2026 |
| Total Postage and Fees | |
| $18.75 | |

Sent To _U.S. Ctrs for Disease Control & Prevention_
Street and Apt. No., or PO Box No. _Humphrey Building, Rm 729 H  DC_
City, State, ZIP+4® _200 Independence Ave SW Washington 20201_

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

05/04/2026                                01:55 PM

TRACKING NUMBERS
9589 0710 5270 3562 1704 78
9589 0710 5270 3562 1704 54
9589 0710 5270 3562 1704 47
9589 0710 5270 3741 2403 98

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $13.45 |
| Bethesda, MD 20892 | | | |
| Weight: 1 lb 4.80 oz | | | |
| Expected Delivery Date | | | |
| Wed 05/06/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3562 1704 78 | | | |
| Total | | | $18.75 |
| | | | |
| Priority Mail® | 1 | | $13.45 |
| Washington, DC 20530 | | | |
| Weight: 1 lb 4.90 oz | | | |
| Expected Delivery Date | | | |
| Wed 05/06/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3562 1704 54 | | | |
| Total | | | $18.75 |
| | | | |
| Priority Mail® | 1 | | $13.45 |
| Washington, DC 20201 | | | |
| Weight: 1 lb 4.90 oz | | | |
| Expected Delivery Date | | | |
| Wed 05/06/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3562 1704 47 | | | |
| Total | | | $18.75 |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3562 1704 78

For delivery information, visit our website at www.usps.com®

Bethesda, MD 20892                    OFFICIAL USE

| Certified Mail Fee | $5.30 | | 0052 |
|---|---|---|---|
| $ | | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage    $13.45

Total Postage and Fees    $18.75

05/04/2026

Sent To *U.S. National Institutes of Health*
Street and Apt. No., or PO Box No. *NIH FOIA Office, Bldg 31, Room 5B35*
City, State, ZIP+4® *31 Center Dr. MSC 2107  Bethesda, MD 20892-5105*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3562 1704 54

For delivery information, visit our website at www.usps.com®

Washington, DC 20530                    OFFICIAL USE

| Certified Mail Fee | $5.30 | | 0052 |
|---|---|---|---|
| $ | | | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage    $13.45

Total Postage and Fees    $18.75

05/04/2026

Sent To *U.S. Dept of Justice*
Street and Apt. No., or PO Box No. *950 Pennsylvania Ave NW*
City, State, ZIP+4® *Washington, DC 20530-0001*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3562 1704 47

For delivery information, visit our website at www.usps.com®

Washington, DC 20201                    OFFICIAL USE

| Certified Mail Fee | $5.30 | | 0052 |
|---|---|---|---|
| $ | | | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage    $13.45

Total Postage and Fees    $

05/04/2026

Sent To *U.S. Dept of Health + Human Services*
Street and Apt. No., or PO Box No. *200 Independence Ave, SW*
City, State, ZIP+4® *Washington, DC 20201*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

```
Priority Mail®          1              $11.95
    New York, NY 10007
    Weight: 1 lb 4.70 oz
    Expected Delivery Date
        Wed 05/06/2026
    Insurance                           $0.00
        Up to $100.00 included
    Certified Mail®                     $5.30
        Tracking #:
        9589 0710 5270 3741 2403 98
Total                                  $17.25

-------------------------------------------------
Grand Total:                           $73.50
-------------------------------------------------
Cash                                   $75.00
Change                                 -$1.50
-------------------------------------------------
```

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team
that delivers! The Postal Service is
actively hiring for full and part-time
positions. To learn more visit us at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

New York, NY 10007

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $11.95 |
| $ | |
| Total Postage and Fees | |
| $17.25 | |

Postmark Here
MAY - 4 2026
05/04/2026

Sent To  *Civil Process Clerk, US Atty's Office SDNY*
Street and Apt. No., or PO Box No.  *86 Chambers St, 3d fl*
City, State, ZIP+4®  *New York, NY 10007*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052703741240398

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:26 pm on May 5, 2026 in NEW YORK, NY 10007.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
May 5, 2026, 12:26 pm

Feedback

**Out for Delivery**
NEW YORK, NY 10007
May 5, 2026, 7:16 am

**Arrived at Post Office**
NEW YORK, NY 10007
May 5, 2026, 7:05 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**
NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:52 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052703562170447

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:48 am on May 7, 2026 in WASHINGTON, DC 20201.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
May 7, 2026, 9:48 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 7, 2026, 6:47 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**

May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

Feedback

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:51 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052703562170454

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:30 am on May 8, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
May 8, 2026, 4:30 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
May 7, 2026, 11:23 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 7, 2026, 11:07 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**

Feedback

May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:49 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**        **Remove ✕**

## 9589071052703562170461

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:48 am on May 7, 2026 in WASHINGTON, DC 20201.

---

**Get More Out of USPS Tracking:**

     USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
May 7, 2026, 9:48 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 7, 2026, 6:47 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**

May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

Feedback

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:59 pm

Feedback

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Tracking Number:**

**Remove ✕**

## 9589071052703562170485

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:30 am on May 8, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
May 8, 2026, 4:30 am

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
May 7, 2026, 11:23 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 7, 2026, 11:07 am

**Arrived at USPS Regional Destination Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**

Feedback

May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:58 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                         ⌄

**USPS Tracking Plus®**                                          ⌄

**Product Information**                                          ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback