FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. National Institutes of Health

was received by me on *(date)*  April 29, 2026        .

> ☞  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

> ☞  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ☞  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

> ☞  I returned the summons unexecuted because _____ ; or

> ☞  Other *(specify):*

I served the U.S. National Institutes of Health (NIH) by serving the United States (see below) and by mailing a copy of the summons, the complaint, the complaint's exhibits, and the Court's April 30, 2026 order for initial pretrial conference to the U.S. Department Health & Human Services (HHS) on May 4, 2026, via certified mail. Please see attached United States Postal Service (USPS) receipts and delivery confirmation, showing delivery addresses. Because NIH is a constituent agency and operating division of HHS and because NIH employees are employees of HHS, service on HHS constitutes service on NIH. See 45 C.F.R. §§ 4.1, 5.3.

My fees are $  0        for travel and $ 0        for services, for a total of $  0        .

I declare under penalty of perjury that this information is true.

Date:  May 21, 2026 _____

/s Susan Hodges
_____
*Server's signature*

Susan Hodges, Clinic Administrator, Washington Square Legal Services, Inc.
_____
*Printed name and title*

245 Sullivan St., 5th floor, New York, NY 10012
_____
*Server's address*

Additional information regarding attempted service, etc:

I have separately and additionally attempted to mail, by certified mail, a copy of the summons, the complaint, the complaint's exhibits, and the Court's April 30, 2026 order for initial pretrial conference directly to three different NIH addresses. I mailed envelopes on May 4, May 13, and May 18, 2026. However, the United States Postal Service has not yet delivered any of these envelopes. Please see attached receipts and tracking status as of the morning of May 21, 2026.



**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

05/04/2026                                      01:59 PM

------------------------------------------------

TRACKING NUMBERS
9589 0710 5270 3562 1704 85
9589 0710 5270 3562 1704 61

------------------------------------------------

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



------------------------------------------------

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

------------------------------------------------

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

------------------------------------------------

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $13.45 |

Washington, DC 20530
Weight: 1 lb 4.80 oz
Expected Delivery Date
    Wed 05/06/2026

| Insurance | | | $0.00 |
|---|---|---|---|

Up to $100.00 included

| Certified Mail® | | | $5.30 |
|---|---|---|---|

Tracking #:
    9589 0710 5270 3562 1704 85

| Total | | | $18.75 |
|---|---|---|---|

| Priority Mail® | 1 | | $13.45 |
|---|---|---|---|

Washington, DC 20201
Weight: 1 lb 4.90 oz
Expected Delivery Date
    Wed 05/06/2026

| Insurance | | | $0.00 |
|---|---|---|---|

Up to $100.00 included

| Certified Mail® | | | $5.30 |
|---|---|---|---|

Tracking #:
    9589 0710 5270 3562 1704 61

| Total | | | $18.75 |
|---|---|---|---|

------------------------------------------------

| Grand Total: | | | $37.50 |
|---|---|---|---|

------------------------------------------------

| Credit Card Remit | | | $37.50 |
|---|---|---|---|

Card Name: MasterCard
Account #: XXXXXXXXXXXXX8301
Approval #: 87336Z
Transaction #: 242
AID: A0000000041010           Chip
AL: MASTERCARD
PIN: Not Required         MASTERCARD

------------------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused





**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

05/04/2026                           01:55 PM
- - - - - - - - - - - - - - - - - - - - - - - -
TRACKING NUMBERS
9589 0710 5270 3562 1704 78
9589 0710 5270 3562 1704 54
9589 0710 5270 3562 1704 47
9589 0710 5270 3741 2403 98
- - - - - - - - - - - - - - - - - - - - - - - -
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
- - - - - - - - - - - - - - - - - - - - - - - -
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
- - - - - - - - - - - - - - - - - - - - - - - -
PURCHASE DETAILS
- - - - - - - - - - - - - - - - - - - - - - - -
Product              Qty    Unit      Price
                            Price
- - - - - - - - - - - - - - - - - - - - - - - -
Priority Mail®        1                $13.45
  Bethesda, MD 20892
  Weight: 1 lb 4.80 oz
  Expected Delivery Date
     Wed 05/06/2026
  Insurance                            $0.00
     Up to $100.00 included
  Certified Mail®                      $5.30
     Tracking #:
        9589 0710 5270 3562 1704 78
Total                                  $18.75

Priority Mail®        1                $13.45
  Washington, DC 20530
  Weight: 1 lb 4.90 oz
  Expected Delivery Date
     Wed 05/06/2026
  Insurance                            $0.00
     Up to $100.00 included
  Certified Mail®                      $5.30
     Tracking #:
        9589 0710 5270 3562 1704 54
Total                                  $18.75

Priority Mail®        1                $13.45
  Washington, DC 20201
  Weight: 1 lb 4.90 oz
  Expected Delivery Date
     Wed 05/06/2026
  Insurance                            $0.00
     Up to $100.00 included
  Certified Mail®                      $5.30
     Tracking #:
        9589 0710 5270 3562 1704 47
Total                                  $18.75



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Bethesda, MD 20892                   OFFICIAL USE

Certified Mail Fee   $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $13.45
Total Postage and Fees
$ $18.75                              05/04/2026

Sent To: U.S. National Institutes of Health
Street and Apt. No., or PO Box No. NIH FOIA Office, Bldg 31, Room 5B35
City, State, ZIP+4® 31 Center Dr MSC 2107 Bethesda, MD 20892-6109

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Washington, DC 20530                 OFFICIAL USE

Certified Mail Fee   $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $13.45
Total Postage and Fees
$ $18.75                              05/04/2026

Sent To: U.S. Dept of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Washington, DC 20201                 OFFICIAL USE

Certified Mail Fee   $5.30
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $
Postage               $13.45
$
Total Postage and Fees
$                                    05/04/2026

Sent To: U.S. Dept of Health + Human Services
Street and Apt. No., or PO Box No. 200 Independence Ave, SW
City, State, ZIP+4® Washington, DC 20201

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

```
Priority Mail®        1         $11.95
  New York, NY 10007
  Weight: 1 lb 4.70 oz
  Expected Delivery Date
      Wed 05/06/2026
  Insurance                      $0.00
      Up to $100.00 included
  Certified Mail®                $5.30
      Tracking #:
        9589 0710 5270 3741 2403 98
Total                           $17.25

----------------------------------------
Grand Total:                    $73.50
----------------------------------------
Cash                            $75.00
Change                          -$1.50
----------------------------------------
```

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team
that delivers! The Postal Service is
actively hiring for full and part-time
positions. To learn more visit us at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

New York, NY 10007                    OFFICIAL USE

| Certified Mail Fee $5.30 | |
|---|---|
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage $11.95 | |
| $ | |
| Total Postage and Fees | |
| $17.25 | |

Postmark Here    MAY - 4 2026    PATCHIN STATION 70

05/04/2026

Sent To Civil Process Clerk, US Atty's office SDNY
Street and Apt. No., or PO Box No. 86 Chambers St, 3d fl
City, State, ZIP+4® New York, NY 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 3741 2403 98



**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

05/13/2026                          12:14 PM

---

TRACKING NUMBERS
9589 0710 5270 3741 2404 28

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $12.90 |

Bethesda, MD 20892
Flat Rate
Expected Delivery Date
    Fri 05/15/2026
Insurance                                 $0.00
    Up to $100.00 included
Certified Mail®                           $5.30
    Tracking #:
        9589 0710 5270 3741 2404 28
Total                                    $18.20

---

Grand Total:                             $18.20

---

Cash                                     $20.00
Change                                   -$1.80

---

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
boxes MUST be completely
removed/obliterated if they no longer
match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

TO FILE AN INSURANCE CLAIM

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.30 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $   $0.00
☐ Certified Mail Restricted Delivery $  $0.00
☐ Adult Signature Required         $  $0.00
☐ Adult Signature Restricted Delivery $

Postage    $12.90

Total Postage and Fees   $18.20

Sent To  U.S. Nat'l Institute of Health FOIA Offi
Street and Apt. No., or PO Box No.  31 Center Drive MSC2107 Bldg 31 room 5B35
City, State, ZIP+4®  Bethesda, MD 20892-2107

Postmark Here  MAY 2026  05/13/2026

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**UNITED STATES POSTAL SERVICE.**

PATCHIN
70 W 10TH ST
NEW YORK, NY 10011-9991
www.usps.com

05/18/2026                    12:00 PM

TRACKING NUMBERS
70063450000231913815
9589 0710 5270 3741 2404 04

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® | 1 | | $12.90 |
| Flat Rate Env | | | |
| Bethesda, MD 20892 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 05/20/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 70063450000231913815 | | | |
| Total | | | $18.20 |
| Priority Mail® | 1 | | $12.90 |
| Flat Rate Env | | | |
| Bethesda, MD 20892 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 05/20/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3741 2404 04 | | | |
| Total | | | $18.20 |

Grand Total:                           $36.40

Cash                                   $40.00
Change                                 -$3.60

TO REPORT AN ISSUE
Visit https://emailus.usps.com

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Bethesda MD  **OFFICIAL USE**
                                        0052
                                        14

| | |
|---|---|
| Postage | $0.00 |
| Certified Fee | $0.00 |
| | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $12.90 |

$18.20

Postmark Here

05/18/2026

Sent To: Nat'l Inst of Health Ofc of General Counsel
Street, Apt. No.: Building 31, Room 2B50
or PO Box No.: 31 Center Drive, MSC 2112
City, State, ZIP+4: Bethesda  MD  20892

PS Form 3800, August 2006          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Bethesda MD  **OFFICIAL USE**
                                        0052
                                        14

Certified Mail Fee  $5.30
$                              $0.00
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $12.90

Total Postage and Fees
$18.20

Postmark Here

05/18/2026

Sent To: Nat'l Inst of Health Building 45, Suite 3AN-36
Street and Apt. No., or PO Box No.: 45 Center Drive, MSC 6200
City, State, ZIP+4: Bethesda MD 20892-6200

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052703741240398

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:26 pm on May 5, 2026 in NEW YORK, NY 10007.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
NEW YORK, NY 10007
May 5, 2026, 12:26 pm

● **Out for Delivery**
NEW YORK, NY 10007
May 5, 2026, 7:16 am

● **Arrived at Post Office**
NEW YORK, NY 10007
May 5, 2026, 7:05 am

● **Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

● **Departed Post Office**
NEW YORK, NY 10011
May 4, 2026, 5:11 pm

Feedback

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:52 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates ∨

## USPS Tracking Plus® ∨

## Product Information ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052703562170447

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:48 am on May 7, 2026 in WASHINGTON, DC 20201.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
May 7, 2026, 9:48 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 7, 2026, 6:47 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**
May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

Feedback

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:51 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# USPS Tracking®

**Remove** ✕

**Tracking Number:**

# 9589071052703562170454

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:30 am on May 8, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
May 8, 2026, 4:30 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
May 7, 2026, 11:23 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 7, 2026, 11:07 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**

Feedback

May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:49 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ∨

**USPS Tracking Plus®**                                     ∨

**Product Information**                                     ∨

Feedback

**See Less ∧**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# USPS Tracking®

FAQs ›

**Tracking Number:**                                                   Remove ✕

# 95890710527035622170461

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:48 am on May 7, 2026 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20201
May 7, 2026, 9:48 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 7, 2026, 6:47 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**
May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

Feedback

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:59 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                      ⌄

**Product Information**                                      ⌄

**See Less** ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

# 95890710527035621 70485

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:30 am on May 8, 2026 in WASHINGTON, DC 20530.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
May 8, 2026, 4:30 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
May 7, 2026, 11:23 am

**Arrived at Post Office**
WASHINGTON, DC 20018
May 7, 2026, 11:07 am

**Arrived at USPS Regional Destination Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 3:56 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 6, 2026, 10:23 am

**In Transit to Next Facility**

Feedback

May 6, 2026, 6:45 am

**Departed USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 6, 2026, 5:33 am

**Arrived at USPS Regional Facility**

JERSEY CITY NJ DISTRIBUTION CENTER
May 5, 2026, 5:35 am

**Departed USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 5, 2026, 4:44 am

**Arrived at USPS Regional Facility**

NEW YORK NY DISTRIBUTION CENTER
May 4, 2026, 5:59 pm

**Departed Post Office**

NEW YORK, NY 10011
May 4, 2026, 5:11 pm

**Departed USPS Facility**

NEW YORK, NY 10011
May 4, 2026, 5:04 pm

**USPS in possession of item**

NEW YORK, NY 10011
May 4, 2026, 1:58 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

**See Less** ⌃

Feedback

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

Feedback

5/21/26, 11:24 AM

# USPS Tracking®

Get the free Informed Delivery® feature to receive
automated notifications on your packages           **Learn More**

**Tracking Number:**                                                    **Remove ✕**

# 9589071052703562170478

Copy          Add to Informed Delivery

**Latest Update**

Your item arrived at our USPS
facility in GAITHERSBURG MD
DISTRIBUTION CENTER on May 6,
2026 at 6:05 am. The item is
currently in transit to the destination.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**On the Way**

● **Arrived at USPS Facility**

GAITHERSBURG MD
DISTRIBUTION CENTER
May 6, 2026 6:05 AM

● **Departed USPS Facility**

WASHINGTON DC DISTRIBUTION
CENTER
May 6, 2026 5:07 AM

● **See All Tracking History**

**What Do USPS Tracking Statuses
Mean?**

Feedback

**Text & Email Updates**                                                                        ⌄

---

**USPS Tracking Plus®**                                                                         ⌄

---

**Product Information**                                                                         ⌄

See Less ⌃

Track Another Package

```

```

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

› › › › ›

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove ✕**

Tracking Number:

# 9589071052703741240428

Copy          Add to Informed Delivery

## Latest Update

Your item arrived at our USPS facility in GAITHERSBURG MD DISTRIBUTION CENTER on May 15, 2026 at 6:34 am. The item is currently in transit to the destination.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## On the Way

**Arrived at USPS Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
May 15, 2026 6:34 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 14, 2026 11:41 AM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

Feedback

## Text & Email Updates    ⌄

---

## USPS Tracking Plus®    ⌄

---

## Product Information    ⌄

See Less ⌃

Track Another Package

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

›››› ›

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Remove ✕**

**Tracking Number:**

# 70063450000231913815

Copy        Add to Informed Delivery

## Latest Update

Your item arrived at our USPS facility in GAITHERSBURG MD DISTRIBUTION CENTER on May 19, 2026 at 8:41 pm. The item is currently in transit to the destination.

## Get More Out of USPS Tracking:

### USPS Tracking Plus®

## On the Way

● **Arrived at USPS Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
May 19, 2026 8:41 PM

● **Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 19, 2026 7:24 PM

● **See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**                                    ∨

**USPS Tracking Plus®**                                     ∨

**Product Information**                                     ∨

See Less ∧

Track Another Package

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

›››› ›

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

**Tracking Number:**

**Remove ✕**

# 9589071052703741240404

Copy          Add to Informed Delivery

## Latest Update

Your item arrived at our USPS facility in GAITHERSBURG MD DISTRIBUTION CENTER on May 19, 2026 at 8:41 pm. The item is currently in transit to the destination.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## On the Way

**Arrived at USPS Facility**

GAITHERSBURG MD
DISTRIBUTION CENTER
May 19, 2026 8:41 PM

**Departed USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 19, 2026 7:24 PM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

Feedback

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

See Less ⌃

Track Another Package

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs