

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 2, 2026

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1930
New York, NY 10007-1312

      Re:     <u>Prep4all, Inc. v. U.S. Dep't of Health and Human Svcs., et al.</u>, 25-cv-8535 (VEC)

Dear Judge Caproni:

      This Office represents defendants U.S. Department of Health and Human Services, U.S. Department of Justice, U.S. Centers for Disease Control and Prevention, and U.S. National Institutes of Health (collectively, "Defendants") in the above-referenced FOIA action brought by plaintiff PrEP4All, Inc. ("Plaintiff"). With Plaintiff's consent, Defendants write respectfully to request a 30-day extension of Defendants' time to respond to the complaint from June 4, 2026, to July 6, 2026. The reason for the request is that Defendants need additional time to process Plaintiff's FOIA request and comply with pre-disclosure notification procedures governing the potential release of agency records that may contain confidential commercial information. <u>See</u> E.O. 12600; 45 C.F.R. § 5.42. The requested extension will not cause any meaningful delay in the progress of this case. This is Defendants' first request to extend their answer deadline. I thank the Court for its consideration of this request.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

      By:    <u>/s/ Carly Weinreb</u>
            CARLY WEINREB
            Assistant United States Attorney
            86 Chambers Street, Third Floor
            New York, NY 10007
            (212) 637-2769
            Carly.Weinreb@usdoj.gov
            *Counsel for Defendants*

Cc:    Christopher Morten, Esq., *Counsel for Plaintiff* (by ECF)