**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

PREP4ALL, INC.,

       Plaintiff,

   v.

U.S. DEPARTMENT OF HEALTH &
HUMAN SERVICES; U.S. DEPARTMENT
OF JUSTICE; U.S. CENTERS FOR
DISEASE CONTROL & PREVENTION;
U.S. NATIONAL INSTITUTES OF
HEALTH,

       Defendants.

</td><td>

Civil Action No. 1:26-cv-03499

</td></tr>
</table>

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, PREP4ALL, INC., hereby gives notice of the voluntary dismissal of the above-captioned action against Defendants, U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, U.S. DEPARTMENT OF JUSTICE, U.S. CENTERS FOR DISEASE CONTROL & PREVENTION, and U.S. NATIONAL INSTITUTES OF HEALTH, without prejudice.

No answer or motion for summary judgment has been served by Defendants in this action.

Dated: June 11, 2026

                        Respectfully submitted,

                        */s/ Christopher J. Morten*
                        Christopher J. Morten (N.Y. Bar Number 5428107)
                        SCIENCE, HEALTH & INFORMATION CLINIC
                        WASHINGTON SQUARE LEGAL SERVICES, INC.

1

NYU School of Law
245 Sullivan St, 5th Floor
New York, NY 10012
Tel: (212) 998-6433
Email: cjm531@nyu.edu
*Counsel of Record*
*Counsel for Plaintiff PrEP4All, Inc.*

Patrick K. Lin (N.Y. Bar Number 6078505)
SCIENCE, HEALTH & INFORMATION CLINIC
WASHINGTON SQUARE LEGAL SERVICES, INC.
NYU School of Law
245 Sullivan St, 5th Floor
New York, NY 10012
Tel: (212) 998-6430
Email: pkl236@nyu.edu
*Counsel for Plaintiff PrEP4All, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, a copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Dated: June 11, 2026

*/s/ Christopher J. Morten*
Christopher J. Morten (N.Y. Bar Number 5428107)
*Counsel for Plaintiff PrEP4All, Inc.*
